IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

JONATHAN COCHRAN,

    Plaintiff,

v.                            CIVIL ACTION NO. 1:21-00586

INVESTIGATOR MIKE COCHRAN
and JOHN DOES,

    Defendants.

### MEMORANDUM OPINION AND ORDER

Pending on the court's docket is defendant Mike Cochran's motion for leave to take the deposition of plaintiff Jonathan Cochran, an incarcerated person. (ECF No. 31). According to defendant's motion, plaintiff Cochran is currently incarcerated as a pre-trial felon in the South Central Regional Jail. See id. at ¶ 7.

Federal Rule of Civil Procedure 30(a)(2)(B) requires a party to "obtain leave of court" to take a deposition "if the deponent is confined in prison." However, plaintiff is not confined in a "prison" but, rather, is a pre-trial detainee in "jail." Therefore, the court has doubts that a court order to take plaintiff's deposition is even required under the federal rule. See Blackwell v. Houser, 5:16-cv-67-FDW, 2017 WL 392184, at *2 n.1 (W.D.N.C. Jan. 27, 2017) (no court order to take deposition of plaintiff required where "[p]laintiff is a pretrial detainee

being housed in a local county jail").*  However, in the event

such an order is required, defendant's motion is **GRANTED**.

The Clerk is directed to send a copy of this Memorandum

Opinion and Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 13th day of April, 2023.

ENTER:

_David A. Faber_

David A. Faber
Senior United States District Judge

---

* In both cases cited in defendant's motion, the deponent was in prison.